**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

Civil Action No. 25-cv-236-KHR
(Bankr. No. 24-20439)

In re SIGNAL HILL SERVICE, INC.,

     Debtor.

_____

SIGNAL HILL SERVICE, INC., CARONE ENERGY CORPORATION, CARONE PETROLEUM CORPORATION, REPUBLIC DRILLING COMPANY, INC., PACIFIC OPERATORS OFFSHORE, LLC, VERRAZZANO CORPORATION, CARPINTERIA OFFSHORE PROJECT LTD, PACTIFIC OPERATORS INC., and ANAMERICAN CORPORATION,

     Appellants,

v.

CALIFORNIA STATE LANDS COMMISSION,

     Appellee.

---

## JUDGMENT

---

     Judgment of this Court is hereby entered in accordance with the Order Denying Motion for Leave and Dismissing Appeal of Chief District Judge Kelly H. Rankin entered on November 14, 2025.

DATED this 14th day of November 2025.

**MARGARET BOTKINS, Clerk of Court**

By:   /s/ Margaret Botkins
        Clerk of Court