**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

Civil Action No. 25-cv-236-KHR
(Bankr. No. 24-20439)

In re SIGNAL HILL SERVICE, INC.,

     Debtor.

_____

SIGNAL HILL SERVICE, INC., CARONE ENERGY CORPORATION, CARONE PETROLEUM CORPORATION, REPUBLIC DRILLING COMPANY, INC., PACIFIC OPERATORS OFFSHORE, LLC, VERRAZZANO CORPORATION, CARPINTERIA OFFSHORE PROJECT LTD, PACTIFIC OPERATORS INC., and ANAMERICAN CORPORATION,

     Appellants,

v.

CALIFORNIA STATE LANDS COMMISSION,

     Appellee.


To:        All Parties
Re:        In re: Signal Hill Service, Inc.
Case No:   2:25-cv-00236-KHR


Please be advised that the mandate for this case issued on December 1, 2025. The Clerk of the originating court shall file accordingly.

Please contact this office if you have any questions.


**MARGARET BOTKINS, Clerk of Court**

By:    /s/ Margaret Botkins
       Clerk of Court