**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

In re: SIGNAL HILL SERVICE, INC.,

    Debtor.

------------------------------

SIGNAL HILL SERVICE, INC.;
CARONE ENERGY CORPORATION;
CARONE PETROLEUM
CORPORATION; REPUBLIC DRILLING
COMPANY, INC.; PACIFIC
OPERATIONS OFFSHORE, LLC;
VERRAZZANO CORPORATION;
CARPINTERIA OFFSHORE PROJECT
LTD; PACIFIC OPERATORS INC.;
ANAMERICAN CORPORATION,

    Appellants,

v.

CALIFORNIA STATE LANDS
COMMISSION,

    Appellee.

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 20, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

No. 25-8081
(D.C. No. 2:25-CV-00236-KHR)
(D. Wyo.)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon

consideration of the motion to voluntary dismissal of the above-captioned appeal, this

appeal is dismissed. _See_ Fed. R. App. P. 42(b)(2).

Each party will bear their own costs on appeal.  A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk